Submitted December 21, 2016, affirmed February 15, petition for review denied June 15, 2017 (361 Or 543)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

NORMAN DANIEL HOAG,
*Defendant-Appellant.*

Columbia County Circuit Court
14CR03134; A158906

388 P3d 1253

■

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and David Sherbo-Huggins, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timonthy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

PER CURIAM

Affirmed. *State v. Silsby,* 282 Or App 104, 386 P3d 172 (2016), *rev den,* 360 Or 752 (2017).